# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RENAY CUNNINGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:19-cv-1060-ECM |
| | ) (WO) |
| PROFESSIONAL WIREGRASS | ) |
| COMMUNICATIONS, INC. and | ) |
| DOUGLAS E. LINDLEY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court having been transferred from the United States District Court for the Northern District of Alabama. On November 19, 2019, Defendant Professional Wiregrass Communications, Inc. ("PWC") filed a Motion to Dismiss or, in the Alternative, to Transfer Venue. (Doc. 5). The basis for PWC's motion was improper venue pursuant to Fed. R. Civ. P. 12(b)(3). In response, the Plaintiff filed an unopposed Motion to Transfer Venue on December 3, 2019. (Doc. 12). The Magistrate Judge granted the Plaintiff's Motion to Transfer Venue and PWC's alternative Motion to Transfer Venue and entered an order transferring the case to this Court. Accordingly, it is

ORDERED that Defendant Professional Wiregrass Communications, Inc.'s Motion to Dismiss (doc. 5) is DENIED as moot.

DONE this 27th day of January, 2020.

                                              /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE